# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Jerrell W. Vann<br>203 Highway 42<br>PO Box 2279<br>Byron, GA  31008 | **CHAPTER 13**<br><br>**Case Number:** 10-51403-JPS<br><br>**ATTORNEY:**  GAIL C. ROBINSON |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $266.68 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

Bill Me Later
9690 Deereco Rd.
7th Floor
Lutherville Timonium, MD 21093


**DATED:** January 2, 2014

                                                    /s/ Camille Hope
                                                  **Camille Hope, Trustee**
                                                  **P.O. Box 954**
                                                  **Macon, GA 31202**
                                                  **(478) 742-8706**